# Civil Courtroom Minutes

| | |
|---|---|
| JUDGE | Lynn N. Hughes |
| CASE MANAGER | Glenda Hassan |
| LAW CLERK | ☐ Bellamy  ☑ Wilder  ☐ |
| DATE | PT June 1, 2011 |
| TIME | 4:03 p.m. — 4:17 p.m. |
| CIVIL ACTION | H – 11 – 19 |
| STYLE | Stanwood Boom Works<br>versus<br>BP Exploration & Production |

DOCKET ENTRY

☐ Conference;  ☑ Hearing;  _____ day  ☐ Bench  ☐ Jury Trial  (Rptr: Slavin)

S. Glabe; A. Dawson; _____ for  ☑ Ptf. # _____  ☐ Deft. # _____
M. Whitley _____ for  ☑ Ptf. # _____  ☐ Deft. # _____
G. Lucier; T Taylor _____ for  ☐ Ptf. # _____  ☑ Deft. # _____
_____ for  ☐ Ptf. # _____  ☐ Deft. # _____

☐  All motions not expressly decided are denied without prejudice.
☐  **Evidence taken** [exhibits or testimony].
☑  Argument heard on:  ☑ all pending motions;  ☐ these topics: _____

☐  Motions taken under advisement: _____
☑  Order to be entered.
☐  Internal review set: _____
☑  Rulings orally rendered on: BP's motion for summary judgment is granted; Stanwood's motion for partial summary judgment is denied